IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CANDIS CROSS, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF ST. CLAIR, ILLINOIS, <br><br> Defendant. | Case No. 23-cv-2594 JPG |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 12/9/2024**          MONICA A. STUMP, Clerk of Court

                                                  s/ Tina Gray, Deputy Clerk


**Approved:**   *s/J. Phil Gilbert*
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**